IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>JAMES JEROME PHILLIPS and<br>TAMARA JOHNSTON PHILLIPS,<br><br>    Debtors. | Case No. 2:14-cv-00095-RWS |
| BANK OF AMERICA, N.A.,<br><br>    Appellant,<br><br>v.<br><br>JAMES JEROME PHILLIPS and<br>TAMARA JOHNSTON PHILLIPS,<br><br>    Appellees. | |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order on Motion for Determination of Status of Claim, entered by the United States Bankruptcy Court for the Northern District of Georgia (Birzendine, J.) on April 4, 2014, is hereby AFFIRMED.

SO ORDERED, this 23rd day of May, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE