**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JAMES JEROME PHILLIPS and TAMARA JOHNSTON PHILLIPS,  Debtors, | BANKRUPTCY CASE NO. 13-23492-REB |
| BANK OF AMERICA, N.A.,  Appellant, | ADVERSARY NO. |
| vs. | |
| JAMES JEROME PHILLIPS and TAMARA JOHNSTON PHILLIPS,  Appellees. | CIVIL ACTION FILE  NO. 2:14-cv-95-RWS |

**J U D G M E N T**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the appeal of the bankruptcy order entered April 4, 2014, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Gainesville, Georgia this 27th day of May, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey R. Kemp
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 27, 2014
James N. Hatten
Clerk of Court

By:   s/Stacey R. Kemp
        Deputy Clerk