# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
ROOM 201, FEDERAL BUILDING
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

**JAMES N. HATTEN**                                                                                                         **TELEPHONE**
**CLERK OF COURT**                                                                                                        **678-450-2760**

May 27, 2014

M. Regina Thomas, Clerk
United States Bankruptcy Court
Northern District of Georgia
121 Spring Street, SE, Room 102
Gainesville, Georgia   30501

      Re:    Civil Action No. **2:14-cv-95-RWS**
                 Bankruptcy No.  **13-23492-REB**

            **James Jerome Phillips and Tamara Johnston Phillips, Debtors**

Dear Ms. Thomas:

      Please find attached to this email a copy of the final order and judgment.

      Please acknowledge receipt of this notice via email.

                                              Sincerely,

                                              James N. Hatten
                                              Clerk of Court


                                      By:   s/Stacey Kemp
                                            Stacey Kemp, Deputy Clerk

Enclosures